FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 26 PM 3: 35

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOANN B. SELLERS,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )      CASE NO. CV411-105
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner, Social Security        )
Administration,                      )
                                     )
        Defendant.                   )
                                     )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which objections have been filed (Doc. 15). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **26**th day of September 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA